# Exhibit A

books    Shop Books    Categories ▾    New & Trending ▾    Deals ▾    Best Sellers & More ▾    Memberships ▾    More ▾    Your Books ▾

# Amazon Best Sellers
Our most popular products based on sales. Updated frequently.

‹Any Department
‹Books
‹Science & Math
  Nature & Ecology
  Animal Rights
  Animals
  Birdwatching
  Conservation
  Ecosystems
  Endangered Species
  Environment
  Fauna
  Field Guides
  Foraging
  Forests & Rainforests
  Indigenous Stewardship
  Lakes & Ponds
  Mountains
  Natural History
  Natural Resources
  Nature Writing & Essays
  Oceans & Seas
  Plants

## Best Sellers in Water Supply & Land Use



**#1**
A Navy SEAL's Bug-In Guide: How to Turn Yo…
› Joel Lambert
★★★★½ 4,195
Paperback
$37.00
37 pts

**#2**
Cadillac Desert: The American West and Its…
› Marc Reisner
★★★★½ 1,416
Paperback
$11.91
12 pts
4 formats available

**#3**
The Prepper's Survival Bible: Your Complete…
› Morgan J. Kepler
★★★★½ 1,509
Paperback
$29.99
30 pts
2 formats available

**#4**
Wilderness Long-Term Survival Guide :…
› Dr. Nicole Apelian
★★★★½ 537
Paperback
$37.00
37 pts

**#5**

**#6**

**#7**

**#8**

# Amazon Best Sellers

Our most popular products based on sales. Updated frequently.

‹Any Department
‹Special Features Stores
‹34875086-8a6a-4dfe-b095-4d85fb30b3ba_0
‹34875086-8a6a-4dfe-b095-4d85fb30b3ba_1301
**New, Used & Rental Textbooks**
Business & Finance
Communication & Journalism
Computer Science
Education
Engineering
Humanities
Law
Medicine & Health Sciences
Reference
Science & Mathematics
Social Sciences
Test Prep & Study Guides

### Best Sellers in Textbooks

**#1**



A Navy SEAL's Bug-In Guide: How to Turn Yo…
› Joel Lambert
★★★★½ 4,195
Paperback
$37.00
37 pts

**#2**



Stop, in the Name of God: Why Honoring the…
› Charlie Kirk
★★★★★ 1,719
Hardcover
$29.99
30 pts

**#3**



Hello, Baby Animals: A Black-and-White Boar…
› duopress labs
★★★★★ 8,106
Board book
$5.11
6 pts

**#4**

The Official ACT Prep Guide 2025 - 2026: Bo…
› ACT
★★★★½ 387
Paperback
$23.50
24 pts
4 formats available

**#5**



**#6**



**#7**



**#8**



## Product details

**ASIN** : B0DBHTZQF1

**Publisher** : Global Brother

**Publication date** : January 1, 2024

**Edition** : Standard Edition

**Language** : English

**Print length** : 240 pages

**ISBN-13** : 979-8988024088

**Item Weight** : 1.33 pounds

**Reading age** : 18 years and up

**Dimensions** : 11 x 8.5 x 0.57 inches

**Best Sellers Rank:** #135 in Books (See Top 100 in Books)
 #1 in Textbooks (Special Features Stores)

 #1 in Water Supply & Land Use (Books)

**Customer Reviews:** 4.7 ★★★★☆ ∨ (4,195)