# Exhibit B



KLAVIA

Romania | RON Lei ⌄

☰



    

★★★★⯨ **Excellent** 4.9/5.0 Based Off 13,567+ Reviews

# A Navy Seal's Bug-In Guide

## 152,00 lei

**Most People Won't Be Ready When Disaster Strikes. This Book Makes Sure You're Not One of Them.**



# Don't Just Trust Us.

Real experiences from real customers who love our products and service.

★★★★★ **Excellent 4.9/5 based on 2,500+ customer reviews**

★★★★★

## Total Relief

**I sleep better knowing we're prepared"**

My husband and I read it together. Within a month we had our water storage sorted, a home defense plan, and a full pantry. Worth every penny

K    Kevin S. ✦ Verified customer

★★★★★

## Amazing

**Real tactics**

As a vetera
organized,

T    Tyl



# Frequently Asked Questions

| How do I place an order? | + |
|---|---|
| What payment methods do you accept? | + |
| How long does shipping take? | + |

# Subscribe to Our Email

Stay updated with our latest news and exclusive offers.

Enter your email address

## Klavia

### Info

Help Center

Track Your Order

Contact Us

FAQs

Shipping Info

Returns

### Support

Phone Support:

Email Support:
shopklavia@gmail.com

Office Hours: 9 AM CST
to 5 PM CST



© 2026 Klavia