# Exhibit C

## Jason L DeFrancesco

| | |
|---|---|
| **From:** | Shopify <legal@shopify.com> |
| **Sent:** | Friday, March 20, 2026 1:23 PM |
| **To:** | legal@GlobalBrother |
| **Subject:** | DMCA copyright notice I klavia.shop |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi there,

This email is to inform you that the content listed as infringing in the *Digital Millennium Copyright Act* takedown notice about klavia.shop has been removed.

We have received a counter notice in response. In accordance with the provisions of the *Digital Millennium Copyright Act*, the removed content listed in the counter notice may be reposted, within 10-14 business days following receipt of the counter notice, unless Shopify receives notice that you have filed a legal action seeking a court order to restrain the merchant from engaging in infringing activity.

Shopify Trust & Safety
Ticket ID: d5e7b4da-36c9-4f20-9ddf-c6265221c62e



151 O'Connor Street, Ground floor, Ottawa, ON, K2P 2L8

1



**Date:** March 25, 2026

## DMCA Counter Notice | klavia.shop

### 1. Shopify Merchant Contact Information

First Name:

Brian

Last Name:

Ting

Phone:

98302267

Email:

shopklavia@hotmail.com

Address:

408c Northshore Drive

#19-218

City:

Singapore

ZIP/Postal Code::

823408

Country:

SG

### 2. Material(s) Subject to the Counter Notice

Report ID:

d5e7b4da-36c9-4f20-9ddf-c6265221c62e

- https://klavia.shop/products/a-navy-seals-bug-in-guide?fbclid=IwY2xjawQnkllleHRuA2FlbQIxMABicmlkETF3b0pXeGZ2ajJFbjlYYmpjc3J0YwZhcHBfaWQPNTQxNjM5NDkzODg5MDI1AAEe8f7R2RW_zPLyBHmpdCpeL2aO_fZoGciW1i01ZPK9LcK9Gjt0lJ7NLi5cO3s_aem_IqTk66yYUTg9Cm5bQzmxeg

## 3. Declarations

- I consent to the jurisdiction of the Federal District Court for the judicial district in which my address listed above is located or, if my address listed above is located outside of the United States, I consent to the jurisdiction of the Federal District Court for the District of Delaware.

- I will accept service of process from the party who submitted the DMCA Takedown Notice referred to above or its agent.

- I swear, under penalty of perjury, that I have a good faith belief that the affected content was removed as a result of a mistake or misidentification of the content to be removed.

## 4. Electronic Signature

Brian Ting