# Exhibit D



JOEL LAMBERT

# A NAVY SEALs
# BUG-IN GUIDE

## HOW TO TURN YOUR HOUSE INTO
## THE SAFEST PLACE ON EARTH

**Registration Number**

**TX 9-423-763**

**Effective Date of Registration:**
August 08, 2024
**Registration Decision Date:**
September 04, 2024

## Title

**Title of Work:** A Navy SEAL's Bug-In Guide

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** June 08, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** GLOBAL BROTHER SRL
  **Author Created:** text, photograph(s)
  **Work made for hire:** Yes
  **Citizen of:** Romania
  **Domiciled in:** Romania

## Copyright Claimant

**Copyright Claimant:** GLOBAL BROTHER SRL
Ghiozdanului, no 22A, Floor 1, Office A12, Room 1, Bucharest, Romania, 014163, Romania

## Rights and Permissions

**Organization Name:** GLOBAL BROTHER SRL
**Name:** Claudiu Alexandru Giurgi
**Email:** claudedaviscopyright@gmail.com
**Telephone:** +40768434324
**Address:** Ghiozdanului, no 22A, Floor 1, Office A12, Room 1
Bucharest, Romania 014163 Romania

## Certification

          **Name:**   Claudiu Alexandru Giurgi
          **Date**:    August 08, 2024

        **Correspondence:**   Yes

**Registration Number**

# VA 2-454-269

**Effective Date of Registration:**
January 09, 2025
**Registration Decision Date:**
July 26, 2025

## Title

**Title of Work:**   A NAVY SEALs BUG-IN GUIDE.cover design

## Completion/Publication

**Year of Completion:**   2024
**Date of 1st Publication:**   June 08, 2024
**Nation of 1st Publication:**   United States

## Author

- **Author:**   GLOBAL BROTHER SRL
**Author Created:**   photograph, 2-D artwork, technical drawing
**Work made for hire:**   Yes
**Citizen of:**   Romania
**Domiciled in:**   Romania

## Copyright Claimant

**Copyright Claimant:**   GLOBAL BROTHER SRL
Ghiozdanului, no 22A, Floor 1, Office A12, Room 1, Bucharest, Romania, 014163, Romania

## Rights and Permissions

**Organization Name:**   GLOBAL BROTHER SRL
**Name:**   Claudiu Alexandru Giurgi
**Email:**   legal@globalbrother.com
**Telephone:**   +40768434324
**Address:**   Ghiozdanului, no 22A, Floor 1, Office A12, Room 1
Bucharest, Romania 014163 Romania

## Certification

        **Name:**   Claudiu Alexandru Giurgi
        **Date**:    January 09, 2025