# Exhibit E



**Date:** March 18, 2026

## DMCA Takedown Notice

### 1. Copyright

Copyright Owner:

Global Brother SRL

Company/Organization:

Global Brother SRL

### 2. Original Work

Links to the original work:

- https://www.buginguide.com/

### 3. Allegedly Infringing Content

Links to the allegedly infringing work:

- https://klavia.shop/products/a-navy-seals-bug-in-guide?fbclid=IwY2xjawQnkllleHRuA2FlbQIxMABicmlkETF3b0pXeGZ2ajJFbjlYYmpjc3J0YwZhcHBfaWQPNTQxNjM5NDkzODg5MDI1AAEe8f7R2RW_zPLyBHmpdCpeL2aO_fZoGciW1i01ZPK9LcK9Gjt0lJ7NLi5cO3s_aem_IqTk66yYUTg9Cm5bQzmxeg

### 4. Declarations

- I have a good faith belief that use of the content in the manner complained of is not authorized by the copyright owner, its agent, or the law.
- All of the information in this notification is accurate.
- I swear under penalty of perjury, that I am the owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.