**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

GLOBAL BROTHER SRL,

      Plaintiff,

    v.

BRIAN TING D/B/A KLAVIA AND D/B/A
KLAVIA.SHOP,

      Defendants.

C.A. No. 26-_____

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff

Global Brother SRL certifies that there is no parent corporation or publicly held corporation

owning more than 10% or more of its stock.


Dated: April 9, 2026

            **SMITH, KATZENSTEIN & JENKINS LLP**

            */s/ Daniel A. Taylor*
            Neal C. Belgam (No. 2721)
            Daniel A. Taylor (No. 6934)
            1000 N. West Street, Suite 1501
            Wilmington, DE 19801
            (302) 652-8400
            nbelgam@skjlaw.com
            dtaylor@skjlaw.com

            *Counsel for Plaintiff Global Brother SRL*