## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

GLOBAL BROTHER SRL,

       Plaintiff,

    v.

BRIAN TING D/B/A KLAVIA AND D/B/A
KLAVIA.SHOP,

       Defendants.

C.A. No. 26-405-MN

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Del. LR 83.5 and the attached certification, counsel moves for the admission

*pro hac vice* of Jason L. DeFrancesco of DeFrancesco Law to represent Plaintiff Global Brother

SRL in the above-captioned matter.

Dated:  April 16, 2026

**SMITH, KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Counsel for Plaintiff Global Brother SRL*

## <u>ORDER GRANTING MOTION</u>

IT IS HEREBY ORDERED counsel's Motion for Admission *Pro Hac Vice* of Jason L.

DeFrancesco is GRANTED.


Dated:  April ___, 2026


_____
United States District Judge

2

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Florida, New Jersey, New York, North Carolina, Washington, D.C., and the United States Patent and Trademark Office. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Court's Standing Order In re: Attorney Registration and Pro Hac Vice Fees effective January 1, 2024, I further certify that the fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: April 16, 2026

*/s/ Jason L. DeFrancesco*
Jason L. DeFrancesco
DeFrancesco Law
174 Nassau Street, No. 325
Princeton, NJ 08542
T: (910) 833-5428
jasond@defrancesco.law

3